| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN  (CABN 184339)<br>Assistant United States Attorney |
| 5 |    450 Golden Gate Ave., Box 36055<br>   San Francisco, California 94102 |
| 6 |    Telephone:  (415) 436-7200<br>   Fax: (415) 436-7234 |
| 7 |    E-Mail: tracie.brown@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GINA TCHIKOVANI,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | No. CR 10-100 MHP<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM APRIL 14, 2010 TO MAY 24, 2010 |

    The defendant, GINA TCHIKOVANI, then represented by Charles Bourdon and Ruth Edelstein, Esquires, and the government, represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on April 14, 2010 for the Defendant's initial appearance and arraignment, and on April 21, 2010 for the Defendant's identification of counsel and entry of not guilty plea.

    The matter was continued to May 24, 2010 at 10:00 before the Honorable Marilyn Hall Patel for the initial appearance in the District Court.  The parties hereby request that time be excluded under the Speedy Trial Act between April 14, 2010 and May 24, 2010 in light of the

1 | need to negotiate a protective order and review discovery, and in light of the Defendant's
2 | counsel's being out of the District for most of the month of May.

3 | Based upon the representation of counsel and for good cause shown, the Court finds that
4 | failing to exclude the time between April 14, 2010 and May 24, 2010 would unreasonably deny
5 | the defendant continuity of counsel and would deny counsel the reasonable time necessary for
6 | effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
7 | § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
8 | between April 14, 2010 and May 24, 2010 from computation under the Speedy Trial Act
9 | outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
10 | HEREBY ORDERED that the time between April 14, 2010 and May 24, 2010 shall be excluded
11 | from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 | DATED: 5/25/10                    /s/
14 |                                   TRACIE L. BROWN
                                       Assistant United States Attorney

16 | DATED: 5/25/10                    /s/
17 |                                   EDWARD ORD
                                       Counsel for the Defendant

19 | DATED: 25 May 2010
20 |                                   THE HON. BERNARD ZIMMERMAN
                                       United States Magistrate Judge

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-100 MHP                -2-