1  EDWARD O.C. ORD
2  ORD & NORMAN
   233 Sansome St., #1111
3  San Francisco, CA 94104
   Telephone: (415) 274-3800
4
5  Attorneys for Defendant
   GINA TCHIKOVANI
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:10-CR-00100 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REQUEST COURT'S PERMISSION FOR DEFENDANT TO TEMPORARILY LEAVE THE COURT'S JURISDICTION** |
| v. | ) | |
| | ) | |
| GINA TCHIKOVANI, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, GINA TCHIKOVANI, requests permission to leave the court's jurisdiction Saturday, May 29, 2010 and return on Sunday, May 30, 2010 to go to Reno, Nevada to attend to a property that is in jeopardy of foreclosure.

Tracie Brown, Counsel for the United States, and Allen Lew, Pre-Trial Services, have no objection.

DATED: May 26, 2010        By /s/ E.O.C. Ord
                              E.O.C. Ord
                              Attorney for Defendant

DATED: May 27, 2010        IT IS SO GRANTED.
                              Magistrate Judge Bernard Zimmerman