PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman           RE: Gina TCHIKOVANI
U.S. Magistrate Judge

FROM: Roy Saenz, Chief                    DOCKET NO.: CR10-0100-MHP
U.S. Pretrial Services Officer

DATE: June 9, 2010

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amaryllis Gonzalez                        415-436-7520
U.S. Pretrial Services Officer Assistant   TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall attend mental health counseling as directed by Pretrial Services

B. Remove: The defendant shall not possess a firearm, destructive device or any other dangerous weapons;

C. Remove: The defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER          10 June 2010
                          DATE

Cover Sheet (06/02/08)