**Law Offices of Charles F. Bourdon**
**Attorneys at Law**
**By: CHARLES F. BOURDON, SBN 84782**
**179 – 11th Street, 2nd Floor**
**San Francisco, CA 94103**
**Telephone: (415) 864-5100**
**Fax: (415) 865-0376**

Attorney for Defendant
**GINA TCHIKOVANI**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-CR-00100 MHP |
| Plaintiff, | |
| v. | **STIPULATION PERMITTING TRAVEL** |
| GINA TCHIKOVANI, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Defendant Gina Tchikovani is permitted to travel to the following location outside the Northern District of California on the following dates:

July 15, 2010 to July 19, 2010: Los Angeles, California

Allen Lew of Pretrial Services has no objection to the defendant traveling to Los Angeles, California from July 15, 2010 to July 19, 2010.

My office has spoken with Tracie L. Brown, the Assistant United States Attorney handling this matter. Ms. Brown has indicated that she has no objection to the defendant traveling to Los Angeles California from July 15, 2010 to July 19, 2010.

//
//
//

1   IT IS SO STIPULATED:

2
    Dated: July 12, 2010                             /s/ Charles F. Bourdon
3                                                    By: CHARLES F. BOURDON
                                                     Attorney for Defendant
4                                                    GINA TCHIKOVANI

5
    Dated: July 12, 2010                             /s/ Tracie L. Brown
6                                                    By: TRACIE L. BROWN
                                                     Attorney for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Offices of Charles F. Bourdon**
**Attorneys at Law**
**By: CHARLES F. BOURDON, SBN 84782**
**179 – 11th Street, 2nd Floor**
**San Francisco, CA 94103**
**Telephone: (415) 864-5100**
**Fax: (415) 865-0376**

Attorney for Defendant
**GINA TCHIKOVANI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>            Plaintiff,                               )<br>                                                              )<br>  v.                                                       )<br>                                                              )<br> GINA TCHIKOVANI,                       )<br>                                                              )<br>            Defendant.                          )<br> _____)  | No. 3:10-CR-00100 MHP<br><br>~~[PROPOSED]~~ ORDER PERMITTING TRAVEL |

Pursuant to the stipulation submitted by Defendant Gina Tchikovani, with the consent of Pretrial Services Officer Allen Lew and Assistant United States Attorney Tracie L. Brown and good cause appearing,

IT IS HEREBY ORDERED that Defendant Gina Tchikovani shall be permitted to travel to the following location outside the Northern District of California for the following dates: July 15, 2010 to July 19, 2010: Los Angeles, California

IT IS SO ORDERED

Dated: July 13, 2010

*[Signed and stamped: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California]*