```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN  (CABN 184339)
    Assistant United States Attorney
 5     450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
 6     Telephone:  (415) 436-7200
       Fax: (415) 436-7234
 7     E-Mail: tracie.brown@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-100 MHP |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION CONTINUING CHANGE |
|  | ) OF PLEA HEARING AND [PROPOSED] |
| GINA TCHIKOVANI, | ) ORDER EXCLUDING TIME FROM |
|  | ) AUGUST 23, 2010 TO SEPTEMBER 13, |
| Defendant. | ) 2010 |

The parties stipulate as follows:

1. The defendant, GINA TCHIKOVANI, represented by Charles Bourdon and Ruth Edelstein, Esquires, and the government, represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on July 12, 2010 for a status hearing. At that hearing, the parties set a change of plea hearing date of August 23, 2010. The parties agreed that time should be excluded between July 12, 2010 and August 23, 2010 based on effective preparation and continuity of counsel, and the Court so ordered.

2. The parties have begun plea negotiations, but need additional time to work out

details and conduct investigation into loss and restitution amounts. This additional time is necessary because of the respective schedules of both the government and defense counsel, as well as the volume of loan-related documents in the case.

3. The parties therefore request that the Court vacate the August 23, 2010 change of plea date, and schedule a new change of plea date on September 13, 2010 or such a date thereafter as may be convenient for the Court. The parties further agree that time should be excluded based on the need for effective preparation and continuity of counsel, as defense counsel have been in trial for several weeks and government counsel will be out of the office for one week in August.

DATED: _____8/13/10_____        _____/s/_____
                                    TRACIE L. BROWN
                                    Assistant United States Attorney

DATED: ____8/13/10_____      _____/s/_____
                                    CHARLES BOURDON/RUTH EDELSTEIN
                                    Counsel for the Defendant

**[PROPOSED ORDER]**

Based on stipulation of the parties, the Court hereby vacates the August 23, 2010 hearing and sets a new change of plea date for 10:00 am on September 13, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 23, 2010 and September 13, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 23, 2010 and September 13, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 23, 2010 and September 13, 2010

///

///

1  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
2  (B)(iv).

DATED: __8/23/2010_____



_____
The Honorable Marilyn H. Patel
United States District Judge