**Law Offices of Charles F. Bourdon**
**Attorneys at Law**
**By: CHARLES F. BOURDON, SBN 84782**
**179 – 11th Street, 2nd Floor**
**San Francisco, CA 94103**
**Telephone: (415) 864-5100**
**Fax: (415) 865-0376**

Attorney for Defendant
**GINA TCHIKOVANI**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:10-CR-00100 MHP |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE CHANGE** |
| GINA TCHIKOVANI, ) | **OF PLEA HEARING** |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Defendant Gina Tchikovani's change of plea hearing is presently scheduled for September 13, 2010, at 10:00 a.m. The parties have agreed to continue the hearing to a future date to afford defendant additional time to adequately prepare for the hearing. This additional time is necessary because of the respective schedules of both the government and defense counsel, as well as the volume of loan-related documents in the case.

Assistant United States Attorney, Tracie L. Brown, has no objection to continue Defendant's change of plea hearing from September 13, 2010 to October 18, 2010 at 10:00 a.m.

The parties hereby stipulate that the change of plea hearing scheduled for September 13, 2010, at 10:00 a.m. be continued to October 18, 2010, at 10:00 a.m. The parties further agree that time should be excluded based on the need for effective preparation and continuity of counsel, as

/////

1  defense counsel will be out of town for a week in October and there is a court holiday scheduled
2  for October 11, 2010.
3      IT IS SO STIPULATED:

Dated: September 8, 2010          /s/ Charles F. Bourdon
                                  By: CHARLES F. BOURDON
                                  Attorney for Defendant
                                  GINA TCHIKOVANI

Dated: September 8, 2010          /s/ Tracie L. Brown
                                  By: TRACIE L. BROWN
                                  Attorney for Plaintiff

1  **Law Offices of Charles F. Bourdon**
   **Attorneys at Law**
2  **By: CHARLES F. BOURDON, SBN 84782**
   **179 – 11th Street, 2nd Floor**
3  **San Francisco, CA 94103**
   **Telephone: (415) 864-5100**
4  **Fax: (415)** 865-0376

5  Attorney for Defendant
   **GINA TCHIKOVANI**

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,        )   No. 3:10-CR-00100 MHP
                                    )
11         Plaintiff,                )
                                    )
12                                  )   [~~PROPOSED~~] **ORDER TO CONTINUE**
    v.                              )   **CHANGE OF PLEA HEARING**
13                                  )
   GINA TCHIKOVANI,                 )
14                                  )
           Defendant.               )
15 _____ )

16

17       Pursuant to the stipulation submitted by Defendant Gina Tchikovani, with the consent of
18 Assistant United States Attorney Tracie L. Brown and based therefor, upon the representation of
19 counsel and for good cause shown, the Court finds that failing to exclude the time between
20 September 13, 2010 and October 18, 2010 would unreasonably deny the defendant continuity of
21 counsel and would deny counsel the reasonable time necessary for effective preparation, taking
22 into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
23 finds that the ends of justice served by excluding the time between September 13, 2010 and
24 October 18, 2010 from computation under the Speedy Trial Act outweigh the interests of the
25 public and the defendant in a speedy trial.
26 ////
27 ////
28 ////

1   IT IS HEREBY ORDERED that the change of plea hearing in the above entitled matter
2   scheduled on September 13, 2010 be continued to October 18, 2010 at 10:00 a.m.
3   IT IS SO ORDERED

5   Dated: 9/9/2010

