1   MELINDA HAAG (CABN 44332)
    United States Attorney
2
    MIRANDA B. KANE (CABN 150630)
3   Chief, Criminal Division

4   TRACIE L. BROWN  (184339)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: tracie.brown@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,        )     No. CR 10-100 MHP
14                                    )
            Plaintiff,                )
15                                    )     STIPULATION AND [PROPOSED]
        v.                            )     ORDER TO CONTINUE SENTENCING
16                                    )     HEARING
    GINA TCHIKOVANI,                  )
17                                    )
            Defendant.                )
18   _____ )

19

20

21          The parties hereby stipulate as follows:

22          1.      Defendant Gina Tchikovani, represented by Charles Bourdon and Ruth Edelstein,

23   is currently set for sentencing on January 24, 2011, at 10:00 a.m.

24          2.      In order to provide meaningful and accurate sentencing memoranda for the Court,

25   the parties need additional time to analyze and research some of the financial information set

26   forth in the final Presentence Report.

27          3.      Accordingly, the parties submit this stipulation and proposed Order requesting the

28   Court to (1) vacate the January 24, 2011 sentencing hearing, and (2) reset the sentencing hearing

1    March 7
for February 28, 2011, at 10:00 a.m., which is the first Monday on which all counsel and the

2 Probation Officer are available.

3

4 DATED: _____1/19/11_____      _____/s/_____

5                                      RUTH EDELSTEIN/CHARLES BOURDON
                                     Attorney for GINA TCHIKOVANI

6

7 DATED: ___1/19/11_____      _____/s/_____
                                     TRACIE L. BROWN

8                                      Assistant United States Attorney

9                            **[PROPOSED] ORDER**

10      Based upon the stipulation of counsel, the Court hereby vacates the January 24, 2011
                                       March 7

11 sentencing hearing, and sets a new sentencing date of February 28, 2011, at 10:00 a.m.

12

13 DATED: _ 1/20/2011 _____     

14                                  THE HON. MARILYN H. PATEL
                                 United States District Judge

15

16                                      IT IS SO ORDERED

17

18                                      Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

27

28